**Kathleen A. McCallister**
**Chapter 13 Trustee**
**P.O. Box 1150**
**Meridian, ID 83680**
**(208) 922-5100 - Telephone**
**(208) 922-5599 - Facsimile**
kam@kam13trustee.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 13** |
| | ) | |
| **Misty Jean McNabb** | ) | **CASE NO. 18-00101-TLM** |
| **Paul Eugene McNabb, Jr.** | ) | |
| Debtors | ) | **TRUSTEE'S OBJECTION TO** |
| | ) | **DEBTORS' CLAIM OF EXEMPTION** |
| | ) | |

---

**Notice of Trustee's Objection to Debtors' Claim of Exemption pursuant to Bankruptcy Rule 4003 (b)(2) and Opportunity to Object and for a Hearing**

**No Objection.** The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within fourteen [14] days of the date of service of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

**Objection.** Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

**Hearing on Objection.** The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

---

**NOW COMES**, Kathleen A. McCallister, the Chapter 13 Trustee for the District of Idaho, and objects to the following exemptions claimed by the Debtors in this proceeding:

| Asset | Specific Law Claimed | Value of Exemption |
|---|---|---|
| Family Home<br>123 Banner St.<br>Nampa, ID  83686 | Idaho Code §55-1001, 55-1002, 55-1003 | $100,000.00 |
| TOTAL VALUE OF EXEMPTIONS CLAIMED | | $100,000.00 |

## **OBJECTION**

In support of her objection Trustee states as follows:

This objection is based upon 11 U.S.C. Section 522(o)(4), the Debtors schedules reflect that within 10 years prior to the filing of the Bankruptcy, the Debtors paid $27,000 to Paul and Rebecca McNabb (Husband's parents) for a down payment to purchase a home on contract. 11 U.S.C. Section 522(o)(4) provides that the Homestead Exemption shall be reduced to the extent that such value is attributable to any portion of any property the Debtor disposed of in a ten-year period ending on the date of the filing of the petition with the intent to hinder, delay or defraud a creditor. The facts in the instant case fits clearly under both requirements in 11 U.S.C. Section 522(o). Thus, the Debtors' claim of homestead exemption should be denied to the extent that it was enhanced by the sale of property and transfer of assets to increase the claimed exemption.

More particularly Debtors liquidated and/or transferred non-real property and motorcycles at a time when they had a judgment against them in the amount of $359,751. Debtors took the proceeds and used them as a down payment on a house.

WHEREFORE the Trustee respectfully requests that the Debtors' claim of exemption in the equity in their real estate be reduced to 0 since the entire amount of equity in their real estate is a result of the liquidation or transfer of non-exempt assets to Debtors' parents as a down payment on the purchase of the home.

DATED: March 23, 2018

/s/Kathleen McCallister
**Chapter 13 Trustee**

# CERTIFICATE OF SERVICE

  I, HEREBY CERTIFY that on April 4, 2018, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| **Office of the U.S. Trustee** | Jon R Wilson |
| **ustp.region18.bs.ecf@usdoj.gov** | Attorney at Law |
| | jon@boiselaw.org |

**AND I FURTHER CERTIFY** that on April 4, 2018 I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

  Via first class mail, postage prepaid addressed as follows:

**Misty Jean McNabb**
**Paul Eugene McNabb, Jr.**
**123 Banner St.**
**Nampa, ID 83686**

              /s/Kathleen McCallister
              **Chapter 13 Trustee**