**JON R. WILSON, ISB 3798**
**WILSON LAW OFFICES, P.C.**
4614 W. Emerald
Boise, ID  83706
(208) 343-8400
jon@boiselaw.org

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| In Re                               ) | Case No. 18-00101-TLM |
|                                     ) | |
| MISTY JEAN McNABB and               ) | RESPONSE TO TRUSTEE'S |
| PAUL EUGENE McNABB,                 ) | OBJECTION TO CLAIM OF |
|                                     ) | EXEMPTION and CERTIFICATE |
|         Debtor(s).                  ) | OF SERVICE |
| _____) | |

      The Debtors, MISTY JEAN McNABB and PAUL EUGENE McNABB, Husband and Wife, in the above entitled case hereby disputes the Trustee's Objection to the Claim of Exemption as to the Debtors' homestead are based allegations that the filing of the bankruptcy petition was done with the intent to hinder, delay or defraud a creditor.  Trustee's allegations further presuppose any non-real property liquidated and/or transferred were not exempt at the time of the transaction or that any such transaction allowed under the circumstances.

      There is a pending motion to dismiss this chapter 13 which scheduled for an evidentiary hearing on May 16, 2018.  Any further actions on the Trustee's Objection to Claim of Exemption (Docket No. 37) and attempts to have her objection granted without the merits of the matter being determined should be decided after the Court has ruled on the parties' opposing motions as to how this case should proceed.

      In the event the case is converted to Chapter 7 on the Chapter 13 Trustee's motion

**RESPONSE TO TRUSTEE'S OBJECTION TO CLAIM OF EXEMPTION and**
**CERTIFICATE OF SERVICE- 1**

(Docket No. 37), then it should be handled by the Chapter 7 trustee. In the event the case is dismissed on the Debtors' motion (Docket No. 43), the issue would be moot.

DATED this 1st day of May, 2018.

    /s/ Jon R. Wilson\
Jon R. Wilson\
Wilson Law Offices, P.C.\
Debtors' counsel of record

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 1st day of May, 2018, I filed the foregoing and electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic filing:

```
Kathleen A. McCallister, Chapter 13 Trustee  kam@kam13trustee.com

US Trustee      ustp.region18.bs.ecf@usdoj.gov
```

    /s/Jon R. Wilson\
    Jon R. Wilson

**RESPONSE TO TRUSTEE'S OBJECTION TO CLAIM OF EXEMPTION and CERTIFICATE OF SERVICE- 2**