# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 13 |
| Misty Jean McNabb | ) | |
| Paul Eugene McNabb, Jr. | ) | CASE NO. 18-00101-TLM |
| | ) | |
| _____ Debtor(s) ___ | ) | |

### AGREED ORDER CONVERTING CASE TO CHAPTER 7 AND PRESERVING TRUSTEE'S OBJECTION TO DEBTORS' CLAIM OF HOMESTEAD EXEMPTION

This matter coming before the Court on Trustee's Motion to Convert case to a Chapter 7 proceeding and Trustee's objection to Debtors' claim of a homestead exemption pursuant to 11 USC Section 522(o), both matters filed herein by Kathleen A. McCallister, the standing Chapter 13 Trustee for the District of Idaho, and the Debtors stipulating that the case may be converted to a chapter 7 proceeding and the issue on the homestead exemption may be reserved for the duly appointed Chapter 7 Trustee to pursue, and the court being fully advised in the premises;

IT IS HEREBY ORDERED that this case be and the same is hereby converted to a Chapter 7.

IT IS FURTHER ORDERED that Trustee's timely filed objection to Debtors' claim of homestead exemption pursuant to 11 USC 522(o) shall be preserved in the event the Chapter 7 Trustee desires to pursue the objection.//end of text//

DATED:  May 16, 2018



TERRY L. MYERS
CHIEF U. S. BANKRUPTCY JUDGE

Submitted by:
/s/_____
Kathleen A. McCallister, Trustee

Approved by:

/s/_____
Jon R Wilson, Counsel for the Debtor

/s/_____
Misty Jean McNabb

/s/_____
Paul Eugene McNabb, Jr.