Noah G. Hillen, ISB No. 7690
CHAPTER 7 BANKRUPTCY TRUSTEE
P.O. Box 6538
Boise, Idaho 83707
Telephone (208) 297-5774
Facsimile (208) 297-5224
ngh@hillenlaw.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>MCNABB, MISTY JEAN<br>MCNABB, PAUL EUGENE, JR.,<br><br>Debtors. | Case No. 18-00101-JDP<br>Chapter 7<br><br>**TRUSTEE'S STATUS REPORT** |

Noah G. Hillen, the chapter 7 trustee, and provides a Status Report in response to the Status Request (Dkt. No. 87) filed on August 7, 2020 as follows:

1. On January 22, 2020, the Court entered an Order Granting Motion to Approve Compromise (Dkt. No. 83) resolving Adversary Proceeding No. 18-06034.

2. Pursuant to the compromise, Defendants were to pay Trustee a total of $30,000, in monthly payments, commencing December 31, 2019 and ending on November 30, 2020. Defendants have made all required payments under the compromise, and have four remaining payments.

3. The estate currently has $28,133.90 on hand. Trustee anticipates a final report will be filed in this case on or before. March 1, 2021.

Date: August 7, 2020

/s/ Noah G. Hillen
Chapter 7 Bankruptcy Trustee

**TRUSTEE'S FIRST STATUS REPORT - 1**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 7, 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Kyle Bastian    kbastian@wrightbrotherslaw.com

Brett R Cahoon    ustp.region18.bs.ecf@usdoj.gov
Justin Don Jones    boise@averylaw.net, lawar78055@notify.bestcase.com

Derrick J O'Neill    doneill@idalaw.com, mmills@idalaw.com

Brooke Baldwin Redmond    bredmond@wrightbrotherslaw.com

Sheila Rae Schwager    sschwager@hawleytroxell.com, dsorg@hawleytroxell.com

US Trustee    ustp.region18.bs.ecf@usdoj.gov

Brent Russel Wilson    bwilson@hawleytroxell.com, dsorg@hawleytroxell.com

Jon R Wilson    jon@boiselaw.org, boiselaw.jon@gmail.com;boiselaw.theresa@gmail.com;jerri@boiselaw.org;wilsonlawoffice1@gmail.com;r60436@notify.bestcase.com

/s/    Noah G. Hillen

**TRUSTEE'S FIRST STATUS REPORT - 2**