**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**
**BOISE DIVISION**

| | | |
|---|---|---|
| In re: MCNABB, MISTY JEAN | § | Case No. 18-00101-JDP |
| MCNABB, PAUL EUGENE, JR. | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 01/26/2018. The case was converted to one under Chapter 7 on 05/16/2018. The undersigned trustee was appointed on 08/31/2020.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of                    $          30,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 507.46 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]          $ | 29,492.54 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/25/2018 and the deadline for filing governmental claims was 11/13/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,750.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,750.00, for a total compensation of $3,750.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $18.49 for total expenses of $18.49[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: <u>03/10/2021</u>          By: <u>/s/ Ford Elsaesser</u>
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit A

Page: 1

**Case No.:** 18-00101-JDP

**Case Name:** MCNABB, MISTY JEAN
MCNABB, PAUL EUGENEJR.

**For Period Ending:** 03/10/2021

**Trustee Name:** (320150) J. Ford Elsaesser

**Date Filed (f) or Converted (c):** 05/16/2018 (c)

**§ 341(a) Meeting Date:** 06/28/2018

**Claims Bar Date:** 07/25/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 123 Banner St., Nampa, ID 83686-0000, Canyon County | 125,000.00 | 0.00 | | 0.00 | FA |
| 2 | see legal description below, Featherville, ID<br>judgment $369,000 (judgment lien), including judgment lien against Featherville, Elmore County, Idaho. Lot 1, Block 2, South Fork Ranch Subdivision Phase I, Elmore County, Idaho according to the official plat thereof on file and of record in the office of the county Recorder of Elmore County, Idaho. SAVE AND EXCEPT all minerals in or under said land including but not limited to metals, oil, gas, coal, stone and mineral rights, mining rights and easement rights or other matters relating thereto, whether express or implied.. Entire property value: $26,000.00 | 26,000.00 | 0.00 | | 0.00 | FA |
| 3 | 2004 Dodge 2500, 142K+ miles<br>fair condition 4x4 Diesel (4x4 drive does not work). | 8,000.00 | 0.00 | | 0.00 | FA |
| 4 | 1997 Dodge 3500, 260K+ miles<br>poor condition 2x4 (diesel). | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | Household goods | 2,905.00 | 0.00 | | 0.00 | FA |
| 6 | Electronics | 1,365.00 | 0.00 | | 0.00 | FA |
| 7 | misc. camping equipment | 200.00 | 0.00 | | 0.00 | FA |
| 8 | 44 Taurus pistol | 525.00 | 0.00 | | 0.00 | FA |
| 9 | wedding rings and misc. costume jewelry | 400.00 | 0.00 | | 0.00 | FA |
| 10 | 4 dogs and 2 spiders | 0.00 | 0.00 | | 0.00 | FA |
| 11 | checking & savings: Tru Grocer<br>Spent prior to conversion. | 50.00 | 12.50 | | 0.00 | FA |
| 12 | Paul's Harley Service & Repair, Inc. (assets include 2 vehicle which were transferred to Sub-S without consideration), 100% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 13 | tools used for work | 4,000.00 | 0.00 | | 0.00 | FA |
| 14 | tire repair machine & wheel balancing machine (both made for vehicles, not motorcycles) | 1,000.00 | 0.00 | | 0.00 | FA |
| 15 | Fraudulent Conveyance - Dustin Anderson<br>part of SOFA 13 gifts given to friends and family. 3-6-19 - Special counsel reviewed financial information from Andersons. Does not recommend pursuing further. Judgment proof. | 15,000.00 | 5,000.00 | | 0.00 | FA |
| 16 | Fraudulent Conveyance - DeeAnne Anderson<br>part of SOFA 13 gifts given to friends and family. 3-6-19 - Special counsel reviewed financial information from Andersons. Does not recommend pursuing further. Judgment proof. | 15,000.00 | 5,000.00 | | 0.00 | FA |

UST Form 101-7-TFR (5/1/2011)

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit A

Page: 2

**Case No.:**  18-00101-JDP

**Case Name:**  MCNABB, MISTY JEAN
MCNABB, PAUL EUGENE JR.

**For Period Ending:**  03/10/2021

**Trustee Name:**  (320150) J. Ford Elsaesser

**Date Filed (f) or Converted (c):**  05/16/2018 (c)

**§ 341(a) Meeting Date:**  06/28/2018

**Claims Bar Date:**  07/25/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | Fraudulent Conveyance - Taylor Latham<br><br>part of SOFA 13 gifts given to friends and family Trustee does not recommend pursuing further. Total transfers of $337.51.  To small to pursue. | 9,500.00 | 9,000.00 | | 0.00 | FA |
| 18 | Fraudulent Conveyance - Casey Latham<br><br>part of SOFA 13 gifts given to friends and family Trustee does not recommend pursuing further.  Unable to locate checks or bank records substantiating any transfer of funds. | 6,000.00 | 0.00 | | 0.00 | FA |
| 19 | Fraudulent Conveyance - Garrett Zavala<br><br>part of SOFA 13 gifts given to friends and family Trustee does not recommend pursuing further. Transfers to Defendant totaled $1,850. Too small to pursue. | 7,100.00 | 0.00 | | 0.00 | FA |
| 20 | Fraudulent Conveyance - Steven Anderson<br><br>part of SOFA 13 gifts given to friends and family Trustee does not recommend pursuing further. Defendant likely judgment proof and costs to pursue litigation would exceed recovery.  Special Counsel conducted asset search and reviewed bank records. Does not recommend pursuing. | 20,000.00 | 0.00 | | 0.00 | FA |
| 21 | Fraudulent Conveyance - Jesse Reyes<br><br>part of SOFA 13 gifts given to friends and family Trustee does not recommend pursuing further.  Unable to locate bank records substantiating transfers. | 15,000.00 | 0.00 | | 0.00 | FA |
| 22 | Fraudulent Conveyance - Casey Reyes<br><br>part of SOFA 13 gifts given to friends and family. Trustee does not recommend pursuing further.  Unable to locate bank records substantiating transfer. | 12,000.00 | 8,000.00 | | 0.00 | FA |
| 23 | Fraudulent Conveyance - Cassie Funkhouser<br><br>part of SOFA 13 gifts given to friends and family. Trustee does not recommend pursuing further. Transfers totaled $1,235. | 10,000.00 | 7,000.00 | | 0.00 | FA |
| 24 | Fraudulent Conveyance - Paul McNabb Sr<br><br>McNabbs to pay $30,000 to estate, transfer of interest in Paul's Harley Service and transfer of vehicles to be avoided per compromise, Doc. #81 | 12,000.00 | 36,458.93 | | 30,000.00 | FA |
| 25 | Fraudulent Conveyance - Tiffany Castle<br><br>part of SOFA 13 gifts given to friends and family Transfers totaled $2,187.36.  Too small to pursue further. | 5,000.00 | 2,500.00 | | 0.00 | FA |
| 26 | Fraudulent Conveyance - Kyle Livingston<br><br>part of SOFA 13 gifts given to friends and family Transfers totaled $1,235.  Too small to pursue further. | 15,000.00 | 10,000.00 | | 0.00 | FA |
| 27 | Fraudulent Conveyance - Joe Meyer<br><br>part of SOFA 13 gifts given to friends and family. Unable to locate banking records documenting transfer. Will not pursue further. | 2,000.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TFR (5/1/2011)

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit A

Page: 3

**Case No.:** 18-00101-JDP

**Case Name:** MCNABB, MISTY JEAN
MCNABB, PAUL EUGENEJR.

**For Period Ending:** 03/10/2021

**Trustee Name:** (320150) J. Ford Elsaesser

**Date Filed (f) or Converted (c):** 05/16/2018 (c)

**§ 341(a) Meeting Date:** 06/28/2018

**Claims Bar Date:** 07/25/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 28 | Fraudulent Conveyance - Jonathan Gilliam<br><br>part of SOFA 13 gifts given to friends and family. Unable to locate banking records documenting transfer. Will not pursue further. | 5,000.00 | 2,500.00 | | 0.00 | FA |
| 29 | Fraudulent Conveyance - Wanda Borchardt<br><br>part of SOFA 13 gifts given to friends and family Unable to locate banking records documenting transfers.  Will not pursue further. | 5,000.00 | 2,500.00 | | 0.00 | FA |
| 30 | Fraudulent Conveyance - Heather Fernandez<br><br>part of SOFA 13 gifts given to friends and family. Too small to pursue further. | 2,000.00 | 0.00 | | 0.00 | FA |
| 31 | VOID (u) | VOID | VOID | VOID | VOID | VOID |
| 32 | VOID (u)<br><br>For pre-petition transfers identified through investigation of Debtors' bank statements | VOID | VOID | VOID | VOID | VOID |
| 33 | VOID (u)<br><br>For pre-petition transfers identified through investigation of Debtors' bank statements | VOID | VOID | VOID | VOID | VOID |
| **33** | **Assets Totals (Excluding unknown values)** | **$326,045.00** | **$87,971.43** | | **$30,000.00** | **$0.00** |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit A

Page:  4

| | |
|---|---|
| **Case No.:**  18-00101-JDP | **Trustee Name:**   (320150) J. Ford Elsaesser |
| **Case Name:**   MCNABB, MISTY JEAN | **Date Filed (f) or Converted (c):**   05/16/2018 (c) |
| MCNABB, PAUL EUGENE JR. | **§ 341(a) Meeting Date:**   06/28/2018 |
| **For Period Ending:**   03/10/2021 | **Claims Bar Date:**   07/25/2018 |

**Major Activities Affecting Case Closing:**

3/8/21 - Statement of No Objection Filed by Trustee #100. JH

3/1/21 - Application for Compensation and Reimbursement of Expenses filed by Brent Wilson --  United States Trustee has no objection to the entry of an order approving the requested compensation. #99. JH

1/13/21 - Order Granting Application to Employ Brent Russel Wilson #98. JH

1/12/21 - Statement of No Objection Filed by Trustee #95. JH

1/5/21 - Amended Verified Statement of Counsel (related documents [93] Application to Employ) Filed by Trustee #94. JH

12/17/20 - Application to Employ Brent R. Wilson #93. JH

12/16/20 - Signed Employment Docs emailed to Brent Wilson  DH

11/12/20 - sent Fr1 & 2 showing comp of Rebeca McNabb paid full, per her request. NM

9/24/20 - Notice of Appearance by Daniel C Green Filed by Creditor CB Rentals #92. JH

8/31/20 - Notice of Appointment of Successor Trustee #90. JH


6-2-2020 - Canyon County subpoena turned up no information.  Supoena served on Ammon Taylor at Ada County.

3-27-2020 - Investigating registration renewal on one of the potentially fraudulently transferred vehicles. Served Subpoena on Canyon County Assessor.. trate indicates the vehicles may be located in a garage at the Nampa property.

12-31-19 - Reached settlement agreement.  Compromise pending.  Received first payment from Defendants.

8-8-19 - Attorney preparing MSJ.  $20,000 settlement offer from Defendants.

3-15-19 - Limited response to demand letters sent by Special Counsel.

12-27-18 - Initiated adversary proceeding 18-06034 against Debtors parents for fraudulent conveyance.

10-8-18 - Received subpoena response from TruGrocer.  To analyze for fraudulent conveyance claims.

8-8-18 - Referral to UST re discharge.  Investigating fraudulent conveyances.


**Initial Projected Date Of Final Report (TFR):**  12/31/2019          **Current Projected Date Of Final Report (TFR):**    03/10/2021 (Actual)

# Form 2

Exhibit B

## Cash Receipts And Disbursements Record

Page: 1

| Case No.: | 18-00101-JDP | Trustee Name: | J. Ford Elsaesser (320150) |
|---|---|---|---|
| Case Name: | MCNABB, MISTY JEAN | Bank Name: | Metropolitan Commercial Bank |
| | MCNABB, PAUL EUGENE JR. | Account #: | ******1149 Checking |
| Taxpayer ID #: | **-***1080 | Blanket Bond (per case limit): | $55,683,398.00 |
| For Period Ending: | 03/10/2021 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/31/19 | {24} | Rebecca McNabb | Compromise Funds | 1141-000 | 416.67 | | 416.67 |
| 01/17/20 | {24} | Paul and Rebecca McNabb | McNabb Compromise Funds | 1141-000 | 25,416.67 | | 25,833.34 |
| 02/18/20 | {24} | Rebecca McNabb | Settlement funds | 1141-000 | 416.67 | | 26,250.01 |
| 03/18/20 | {24} | Rebecca McNabb | Compromise Funds | 1141-000 | 416.67 | | 26,666.68 |
| 03/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 21.26 | 26,645.42 |
| 04/15/20 | {24} | Rebecca McNabb | Settlement Proceeds | 1141-000 | 416.67 | | 27,062.09 |
| 04/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 42.89 | 27,019.20 |
| 05/13/20 | {24} | Rebecca McNabb | Compromise payment. | 1141-000 | 416.67 | | 27,435.87 |
| 05/29/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 42.10 | 27,393.77 |
| 06/10/20 | {24} | Rebecca McNabb | Compromise Payment | 1141-000 | 416.67 | | 27,810.44 |
| 06/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 47.14 | 27,763.30 |
| 07/20/20 | {24} | Rebecca McNabb | Settlement Payment | 1141-000 | 416.67 | | 28,179.97 |
| 07/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 46.07 | 28,133.90 |
| 08/12/20 | {24} | Rebecca McNabb | Compromise Funds | 1141-000 | 416.67 | | 28,550.57 |
| 08/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 43.82 | 28,506.75 |
| 09/10/20 | | Transfer of estate funds to successor trustee Ford Elsaesser | Transfer of estate funds to successor trustee Ford Elsaesser | 1290-000 | -28,506.75 | | 0.00 |

|  | | COLUMN TOTALS | 243.28 | 243.28 | $0.00 |
|---|---|---|---|---|---|
| | | Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| | | Subtotal | 243.28 | 243.28 | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | NET Receipts / Disbursements | $243.28 | $243.28 | |

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case No.: | 18-00101-JDP |
| Case Name: | MCNABB, MISTY JEAN |
| | MCNABB, PAUL EUGENE JR. |
| Taxpayer ID #: | **-***1080 |
| For Period Ending: | 03/10/2021 |

| | |
|---|---|
| Trustee Name: | J. Ford Elsaesser (320150) |
| Bank Name: | Metropolitan Commercial Bank |
| Account #: | ******8376 Checking |
| Blanket Bond (per case limit): | $55,683,398.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/10/20 | | Transfer of estate funds from resigned trustee Noah Hillen | Transfer of estate funds from resigned trustee Noah Hillen | 1290-000 | 28,506.75 | | 28,506.75 |
| 09/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 30.37 | 28,476.38 |
| 10/05/20 | {24} | Rebecca McNabb | Settlement payment on account | 1141-000 | 416.67 | | 28,893.05 |
| 10/26/20 | {24} | Rebecca McNabb | Comp. on account | 1141-000 | 416.67 | | 29,309.72 |
| 10/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 46.15 | 29,263.57 |
| 11/12/20 | {24} | Rebecca McNabb | Asset #24 Comp. paid in full. | 1141-000 | 416.63 | | 29,680.20 |
| 11/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 45.56 | 29,634.64 |
| 12/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 52.10 | 29,582.54 |
| 01/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 45.82 | 29,536.72 |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 44.18 | 29,492.54 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 29,756.72 | 264.18 | $29,492.54 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| Subtotal | 29,756.72 | 264.18 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $29,756.72 | $264.18 | |

## Form 2

Exhibit B

Page:  3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 18-00101-JDP |
| **Case Name:** | MCNABB, MISTY JEAN<br>MCNABB, PAUL EUGENEJR. |
| **Taxpayer ID #:** | **-***1080 |
| **For Period Ending:** | 03/10/2021 |

| | |
|---|---|
| **Trustee Name:** | J. Ford Elsaesser (320150) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******8376 Checking |
| **Blanket Bond (per case limit):** | $55,683,398.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $30,000.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $30,000.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******1149 Checking | $243.28 | $243.28 | $0.00 |
| ******8376 Checking | $29,756.72 | $264.18 | $29,492.54 |
| | **$30,000.00** | **$507.46** | **$29,492.54** |

UST Form 101-7-TFR (5/1/2011)

Printed:   03/10/2021 3:13 PM

Page:  1

# Exhibit C

## Claims Register

**Case: 18-00101-JDP MISTY J. MCNABB AND PAUL E. MCNABB**

**Claims Bar Date:**  7/25/18 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---------|------------------------------------|------------------------|---------------------|-----------------------|--------------|---------------|
| Admin fee | Brent Wilson - Hawley Troxell<br>877 Main Street, Suite 1000<br>Boise, ID 83701<br><br><3110-00 Attorney for Trustee Fees (Trustee Firm)>, 200 | Admin Ch. 7<br>11/24/20 | | $ 15,000.00<br>$ 15,000.00 | $0.00 | $15,000.00 |
| Atty Exp. | Brent Wilson -  Hawley Troxell<br>877 Main Street, Suite 1000<br>Boise, ID 83701<br><br><3210-00 Attorney for Trustee Fees (Other Firm)>, 200 | Admin Ch. 7<br>11/10/20 | | $ 776.77<br>$ 776.77 | $0.00 | $776.77 |
| FEE | J Ford Elsaesser<br>P. O. Box 2220<br>Sandpoint, ID 83864<br><br><2100-00 Trustee Compensation>, 200 | Admin Ch. 7<br>11/12/20 | | $ 3,750.00<br>$ 3,750.00 | $0.00 | $3,750.00 |
| TE | J Ford Elsaesser<br>P. O. Box 2220<br>Sandpoint, ID 83864<br><br><2200-00 Trustee Expenses>, 200 | Admin Ch. 7<br>11/12/20 | | $ 18.30<br>$ 18.30 | $0.00 | $18.30 |
| 1P-2 | State Tax Commission<br>PO Box 36<br>Boise, ID 83722<br><br><5800-00 Claims of Governmental Units - § 507(a)(8)>, 570 | Priority Unsecured<br>02/02/18 | Amended to $0 by claimant - 9/27/18 | $ 0.00<br>$ 0.00 | $0.00 | $0.00 |

Printed: 03/10/2021 3:13 PM

# Exhibit C

Page: 2

## Claims Register

### Case: 18-00101-JDP MISTY J. MCNABB AND PAUL E. MCNABB

Claims Bar Date: 7/25/18 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 2 | Americredit Financial Services, Inc. dba GM Financial<br>PO Box 183853<br>Arlington, TX 76096<br><br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured<br>02/06/18 | 3685<br><br>Deficiency balance; ok, DR | $ 6,856.56<br>$ 6,856.56 | $0.00 | $6,856.56 |
| 3P-4 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br><br><5800-00 Claims of Governmental Units - § 507(a)(8)>, 570 | Priority Unsecured<br>02/07/18 | Priority taxes; ok, DR | $ 4,401.76<br>$ 4,401.76 | $0.00 | $4,401.76 |
| 3PNLT-4 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br><br><7300-00 Section 726(a)(4) Fines, Penalties>, 630 | Unsecured<br>02/07/18 | Penalties; ok, DR | $ 1,924.29<br>$ 1,924.29 | $0.00 | $1,924.29 |
| 3U-4 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br><br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured<br>02/07/18 | General unsecured taxes; ok, DR | $ 253.06<br>$ 253.06 | $0.00 | $253.06 |
| 4 | Birchland Market c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380<br><br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured<br>02/19/18 | 1E2A<br><br>Claim reviewed; ok, DR | $ 249.74<br>$ 249.74 | $0.00 | $249.74 |

Printed:   03/10/2021 3:13 PM

**Exhibit C**

**Claims Register**

Page:  3

**Case: 18-00101-JDP MISTY J. MCNABB AND PAUL E. MCNABB**

**Claims Bar Date:**  7/25/18 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5 | Ramon and Esther Sanchez c/o Wright Brothers Law Office, PLLC P.O. Box 5678 Twin Falls, ID 83303-5678 <br><br> <7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured 02/22/18 | Claim reviewed; ok, DR | $ 26,000.00 $ 26,000.00 | $0.00 | $26,000.00 |
| 6 | Seventh Avenue c/o Creditors Bankruptcy Service P.O. Box 800849 Dallas, TX 75380 <br><br> <7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured 02/22/18 | 4570 <br><br> Claim reviewed; ok, DR | $ 380.43 $ 380.43 | $0.00 | $380.43 |
| 7 | The Swiss Colony c/o Creditors Bankruptcy Service P.O. Box 800849 Dallas, TX 75380 <br><br> <7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured 02/22/18 | 484A <br><br> Claim reviewed; ok, DR | $ 334.22 $ 334.22 | $0.00 | $334.22 |
| 8 | State of Idaho Dept of Health & Welfare Child Support Services 150 Shoup Ste 14 Idaho Falls, ID 83402 <br><br> <5100-00 Domestic Support Obligations - § (507)(a)(1)>, 500 | Priority Unsecured 02/22/18 | 3146/7288 <br><br> Claim reviewed; ok, DR | $ 178.44 $ 178.44 | $0.00 | $178.44 |

Printed:   03/10/2021 3:13 PM

# Exhibit C

## Claims Register

Page:  4

**Case: 18-00101-JDP MISTY J. MCNABB AND PAUL E. MCNABB**

**Claims Bar Date:**  7/25/18 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 9 | Reviver Financial, LLC Attn: Bankruptcy Department P.O. Box 3023 Hutchinson, KS 67504 <br><br> <7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured 02/26/18 | 7288 <br><br> Netcredit; ok, DR | $ 4,360.61 $ 4,360.61 | $0.00 | $4,360.61 |
| 10 | Premier Bankcard, Llc Jefferson Capital Systems LLC Assignee Po Box 7999 Saint Cloud, MN 56302-9617 <br><br> <7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured 03/15/18 | 2316 <br><br> Claim reviewed; ok, DR | $ 661.29 $ 661.29 | $0.00 | $661.29 |
| 11 | Jefferson Capital Systems LLC Po Box 7999 Saint Cloud, MN 56302-9617 <br><br> <7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured 03/19/18 | 1490 <br><br> Fingerhut; ok, DR | $ 990.44 $ 990.44 | $0.00 | $990.44 |
| 12 | Quantum3 Group LLC as agent for Sadino Funding LLC PO Box 788 Kirkland, WA 98083-0788 <br><br> <7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured 03/19/18 | 1344/9848 <br><br> Bluestem/SCUSA; ok, DR | $ 321.55 $ 321.55 | $0.00 | $321.55 |
| 13 | Capital One, N.A. c/o Becket and Lee LLP PO Box 3001 Malvern, PA 19355-0701 <br><br> <7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured 03/20/18 | 4057 <br><br> Kohls; ok, DR | $ 307.99 $ 307.99 | $0.00 | $307.99 |

Printed:   03/10/2021 3:13 PM

**Exhibit C**

**Claims Register**

Page:  5

**Case: 18-00101-JDP MISTY J. MCNABB AND PAUL E. MCNABB**

**Claims Bar Date:**   7/25/18 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 14 | Collection Bureau Inc<br>Po Box 1219<br>Nampa, ID 83653-1219<br><br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured<br>03/22/18 | 5070<br><br>Montgomery Counseling Ctr; ok, DR | $ 234.37<br>$ 234.37 | $0.00 | $234.37 |
| 15 | Caroline Sanceri C/O Cosho Humphrey, LLP<br>1501 S Tyrell Ln<br>Boise, ID 83707-9518<br><br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured<br>03/27/18 | Judgement; ok, DR | $ 359,068.08<br>$ 359,068.08 | $0.00 | $359,068.08 |
| 16 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090<br><br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured<br>03/27/18 | 6729<br><br>Capital One Bank; ok, DR | $ 2,635.34<br>$ 2,635.34 | $0.00 | $2,635.34 |
| 17 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090<br><br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured<br>03/27/18 | 0552<br><br>Capital One Bank; ok, DR | $ 1,713.15<br>$ 1,713.15 | $0.00 | $1,713.15 |
| 18 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090<br><br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured<br>03/27/18 | 1556<br><br>Capital One; ok, DR | $ 4,056.72<br>$ 4,056.72 | $0.00 | $4,056.72 |

Printed:    03/10/2021 3:13 PM

**Exhibit C**

**Claims Register**

Page:  6

**Case: 18-00101-JDP MISTY J. MCNABB AND PAUL E. MCNABB**

**Claims Bar Date:**  7/25/18 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 19 | Midland Funding LLC PO Box 2011 Warren, MI 48090 <7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured 03/27/18 | 0420 Capital One Bank; ok, DR | $ 3,389.53 $ 3,389.53 | $0.00 | $3,389.53 |
| 20 | Quantum3 Group LLC as agent for Comenity Capital Bank PO Box 788 Kirkland, WA 98083-0788 <7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured 03/30/18 | 2236/2428 Ultimate Rewards; ok, DR | $ 334.12 $ 334.12 | $0.00 | $334.12 |
| 21 | Quantum3 Group LLC as agent for Comenity Bank PO Box 788 Kirkland, WA 98083-0788 <7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured 03/30/18 | 5848/1994 Victoria's Secret; ok, DR | $ 1,403.02 $ 1,403.02 | $0.00 | $1,403.02 |
| 22 | Quantum3 Group LLC as agent for Comenity Bank PO Box 788 Kirkland, WA 98083-0788 <7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured 03/30/18 | 4602/9873 Gordman's; ok, DR | $ 270.52 $ 270.52 | $0.00 | $270.52 |

Printed:   03/10/2021 3:13 PM

# Exhibit C

Page:  7

## Claims Register

**Case: 18-00101-JDP MISTY J. MCNABB AND PAUL E. MCNABB**

**Claims Bar Date:**   7/25/18 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 23 | Synchrony Bank c/o PRA Receivables Management, LLC PO Box 41021 Norfolk, VA 23541 <br><br> <7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured 04/03/18 | 7710 <br><br> Walmart; ok, DR | $ 179.54 $ 179.54 | $0.00 | $179.54 |
| 24 | LVNV Funding, LLC its successors and assigns as assignee of MHC Receivables, LLC and FNBM, LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 <br><br> <7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured 04/04/18 | 4648/9949 <br><br> Claim reviewed; ok, DR | $ 2,098.47 $ 2,098.47 | $0.00 | $2,098.47 |
| 25 | MERRICK BANK Resurgent Capital Services PO Box 10368 Greenville, SC 29603-0368 <br><br> <7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured 04/04/18 | 0716/5379 <br><br> Claim reviewed; ok, DR | $ 1,613.12 $ 1,613.12 | $0.00 | $1,613.12 |
| 26 | LVNV Funding, LLC its successors and assigns as assignee of MHC Receivables, LLC and FNBM, LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 <br><br> <7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured 04/04/18 | 5642/3359 <br><br> Credit One Bank; ok, DR | $ 790.02 $ 790.02 | $0.00 | $790.02 |

Printed:    03/10/2021 3:13 PM

**Exhibit C**

Page:  8

**Claims Register**

**Case: 18-00101-JDP MISTY J. MCNABB AND PAUL E. MCNABB**

**Claims Bar Date:**  7/25/18 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 27 | Mid America Bk/total C 5109 S Broadband Ln Sioux Falls, SD 57108 | Unsecured 04/06/18 | 7206 Claim reviewed; ok, DR | $ 548.45 $ 548.45 | $0.00 | $548.45 |
| | <7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | | | | | |
| 28 | Quantum3 Group LLC as agent for Sadino Funding LLC PO Box 788 Kirkland, WA 98083-0788 | Unsecured 07/03/18 | 3982/8485 Credit Shop/Barclays; ok, DR | $ 1,572.18 $ 1,572.18 | $0.00 | $1,572.18 |
| | <7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | | | | | |
| | | | **Case Total:** | | $0.00 | $446,672.08 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 18-00101-JDP
Case Name: MISTY J. MCNABB AND PAUL E. MCNABB
Trustee Name: J. Ford Elsaesser

**Balance on hand:**    $                29,492.54

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors: $  0.00
Remaining balance: $  29,492.54

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - J Ford Elsaesser | 3,750.00 | 0.00 | 3,750.00 |
| Trustee, Expenses - J Ford Elsaesser | 18.49 | 0.00 | 18.49 |
| Attorney for Trustee Fees - Brent Wilson - Hawley Troxell | 15,000.00 | 0.00 | 15,000.00 |
| Attorney for Trustee Fees (Other Firm) - Brent Wilson - Hawley Troxell | 776.77 | 0.00 | 776.77 |

Total to be paid for chapter 7 administrative expenses: $  19,545.26
Remaining balance: $  9,947.28

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses: $  0.00
Remaining balance: $  9,947.28

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $4,580.20 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P-2 | State Tax Commission | 0.00 | 0.00 | 0.00 |
| 3P-4 | Internal Revenue Service | 4,401.76 | 0.00 | 4,401.76 |
| 8 | State of Idaho Dept of Health & Welfare Child Support Services | 178.44 | 0.00 | 178.44 |

Total to be paid for priority claims: $    4,580.20

Remaining balance: $    5,367.08

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $420,622.52 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.3 percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Americredit Financial Services, Inc. dba GM Financial | 6,856.56 | 0.00 | 87.50 |
| 3U-4 | Internal Revenue Service | 253.06 | 0.00 | 3.23 |
| 4 | Birchland Market c/o Creditors Bankruptcy Service | 249.74 | 0.00 | 3.19 |
| 5 | Ramon and Esther Sanchez c/o Wright Brothers Law Office, PLLC | 26,000.00 | 0.00 | 331.76 |
| 6 | Seventh Avenue c/o Creditors Bankruptcy Service | 380.43 | 0.00 | 4.85 |
| 7 | The Swiss Colony c/o Creditors Bankruptcy Service | 334.22 | 0.00 | 4.26 |
| 9 | Reviver Financial, LLC Attn: Bankruptcy Department | 4,360.61 | 0.00 | 55.64 |
| 10 | Premier Bankcard, Llc Jefferson Capital Systems LLC Assignee | 661.29 | 0.00 | 8.44 |
| 11 | Jefferson Capital Systems LLC | 990.44 | 0.00 | 12.64 |
| 12 | Quantum3 Group LLC as agent for Sadino Funding LLC | 321.55 | 0.00 | 4.10 |
| 13 | Capital One, N.A. c/o Becket and Lee LLP | 307.99 | 0.00 | 3.93 |
| 14 | Collection Bureau Inc | 234.37 | 0.00 | 2.99 |
| 15 | Caroline Sanceri C/O Cosho Humphrey, LLP | 359,068.08 | 0.00 | 4,581.65 |
| 16 | Midland Funding LLC | 2,635.34 | 0.00 | 33.63 |
| 17 | Midland Funding LLC | 1,713.15 | 0.00 | 21.86 |
| 18 | Midland Funding LLC | 4,056.72 | 0.00 | 51.76 |
| 19 | Midland Funding LLC | 3,389.53 | 0.00 | 43.25 |
| 20 | Quantum3 Group LLC as agent for Comenity Capital Bank | 334.12 | 0.00 | 4.26 |
| 21 | Quantum3 Group LLC as agent for Comenity Bank | 1,403.02 | 0.00 | 17.90 |
| 22 | Quantum3 Group LLC as agent for Comenity Bank | 270.52 | 0.00 | 3.45 |
| 23 | Synchrony Bank c/o PRA Receivables Management, LLC | 179.54 | 0.00 | 2.29 |
| 24 | LVNV Funding, LLC its successors and assigns as assignee of MHC Receivables, LLC and FNBM, LLC Resurgent Capital Services | 2,098.47 | 0.00 | 26.78 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 25 | MERRICK BANK Resurgent Capital Services | 1,613.12 | 0.00 | 20.58 |
| 26 | LVNV Funding, LLC its successors and assigns as assignee of MHC Receivables, LLC and FNBM, LLC Resurgent Capital Services | 790.02 | 0.00 | 10.08 |
| 27 | Mid America Bk/total C | 548.45 | 0.00 | 7.00 |
| 28 | Quantum3 Group LLC as agent for Sadino Funding LLC | 1,572.18 | 0.00 | 20.06 |

Total to be paid for timely general unsecured claims: $ 5,367.08

Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $1,924.29 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3PNLT-4 | Internal Revenue Service | 1,924.29 | 0.00 | 0.00 |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00